Jody I. LeWitter #124794
Heather C. Conger #244958
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California 94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHIKA DE ALWIS,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation, and DOES I-XX,<br><br>Defendants. | Case No.  CV 10 1443 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE INITIAL CASE<br>MANAGEMENT CONFERENCE** |

NOW COME the parties by and through their counsel, and hereby stipulate to continue the Initial Case Management Conference from August 13, 2010 to September 17, 2010.  This stipulation is supported by the following circumstances:

(1)  The Initial Case Management Conference was originally scheduled to take place on July 23, 2010.  The parties have already met and conferred in preparation for the Initial Case Management Conference and filed their Joint Case Management Statement on July 13, 2010.

(2)  On July 14, 2010, the Court continued the Initial Case Management Conference from July 23, 2010 to August 13, 2010.

(3)  Plaintiff's counsel is not available to appear on August 13, 2010 as both of the attorneys who represent plaintiff have previously scheduled to be out of town on that date.

1
Stipulation and [Proposed] Order to Continue Initial Case Management Conference
Case No. CV 10 1443 MMC

1  Jody LeWitter will be on a long-planned family vacation and Heather Conger will be out of
2  town for a deposition in another matter.
3      (4)   Counsel for the parties have met and conferred regarding this issue and have
4  discussed alternate dates for the Initial Case Management Conference.  Counsel for the parties
5  are available to appear for the Initial Case Management Conference on September 17, 2010.
6      (5)   Counsel for the plaintiff contacted the Court's clerk and confirmed that the
7  Court has room for this matter on its calendar for September 17, 2010.
8      THEREFORE, IT IS HEREBY STIPULATED between the parties to the above case by
9  and through their attorneys of record that the Initial Case Management Conference be
10 continued from August 13, 2010 to September 17, 2010.

12 DATED:  July 19, 2010                    SIEGEL & LEWITTER

14                                          By:      /s/
15                                              Jody I. LeWitter
                                                Heather Conger
16
                                            Attorneys for Plaintiff

18 DATED:  July 19, 2010                    NIXON PEABODY, LLP

21                                          By:      /s/
                                                Robert A. Dolinko
22
23                                          Attorneys for Defendant

26 ///
27 ///
28 ///

*Siegel & LeWitter*

1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004

2
Stipulation and [Proposed] Order to Continue Initial Case Management Conference
Case No. CV 10 1443 MMC

1 **ORDER**

2     This matter having come before the Court upon the written Stipulation of the Parties, a

3 copy of which is attached hereto, it is hereby ordered that the Initial Case Management

4 Conference be continued to **Friday, September 17, 2010 at 10:30am** before the Honorable

5 Maxine M. Chesney.

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 DATED:   July 22     , 2010

9

10                                          /s/ Vaughn R Walker for
                                         Hon. Maxine M. Chesney
                                         Judge of the Northern District Court

*Siegel & LeWitter*

1939 Harrison St.
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004