Jody I. LeWitter  #124794
Heather C. Conger #244958
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHIKA DE ALWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation, and DOES I-XX,<br><br>　　　　　Defendants. | Case No.  CV 10 1443 MMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION UPON SETTLEMENT**<br><br>Action Filed:   January 29, 2010<br>Trial Date:     November 7, 2011 |

　　　WHEREAS the parties have reached a complete and final settlement of the above-referenced matter, which includes an agreement that the matter be dismissed with prejudice in its entirety,

　　　IT IS HEREBY STIPULATED that the instant matter be dismissed with prejudice in its entirety.

DATED: March 24, 2011　　　　　　　　　　　SIEGEL & LEWITTER


　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/  Heather Conger
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jody I. LeWitter
　　　　　　　　　　　　　　　　　　　　　　　　　　　Heather Conger

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

**SO STIPULATED.**

DATED: March 31, 2011                                    NIXON PEABODY LLP


                                                         By:   /s/ Robert A. Dolinko
                                                                Robert A. Dolinko

                                                         Attorney for Defendant


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## **ORDER**

IT IS HEREBY ORDERED that the instant matter be dismissed with prejudice.


DATED:  April 1, 2011                                    _____
                                                         United States District Judge

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION
UPON SETTLEMENT – Case No. CV 10 1443 MMC